# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

146180

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 146180
        COA: 310050
        Kent CC: 11-002354-FH;
        11-006867-FC

GRAM ALEXANDER BENTON,
        Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the September 28, 2012 order of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
                Clerk

p0325